IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GBEKE MICHAEL AWALA, | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Civil Action No. 06-1456 |
| | ) Judge Joy Flowers Conti/ |
| R. STEPANOVICH, Program Manager; | ) Magistrate Judge Amy Reynolds Hay |
| G. MITAL, Librarian; MAJOR NEWMAN, | ) |
| Security; D. CRIBBS, Case Manager; | ) |
| K. WILKINSON, Grievance Coordinator, | ) |
| Defendants | ) |

## **ORDER**

AND NOW, this 27th day of April, 2007, after the Plaintiff, Gbeke Michael Awala, filed an action in the above-captioned case,  and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the case is dismissed due to Plaintiff's failure to prosecute.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed.R.App.P.

/s/ Joy Flowers Conti
JOY FLOWERS CONTI
United States District Judge

cc:     Honorable Amy Reynolds Hay
        United States Magistrate Judge

        Gbeke Michael Awala
        82074-054
        M.V.C.C.
        P.O. Box 2000
        Philipsburg, PA 16866